**ENTERED** NOV 24 2010 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk

**FILED** NOV 24 2010 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### RIVERSIDE DIVISION

In re:

Claudia Guzman,

Debtor.

Case No. 6:10-bk-45975-CB
Chapter 13

**ORDER AND NOTICE OF ORDER RE: DISMISSAL PURSUANT TO 11 U.S.C. § 109 (g)**

The court, having *sua sponte* considered the petition filed by, or on behalf of, the above named Debtor, and finding that the filing of the petition was part of a continuing scheme to hinder, delay or defraud creditors coupled with a willful failure of debtors to abide by the orders of the court or to appear before the court in proper prosecution of the case, it is

**ORDERED** that the above referenced chapter 13 case is dismissed; and it is further

**ORDERED** that the Debtor is hereby enjoined from filing a subsequent petition under title 11 of the United States Code for a period of 180 days from the date of this order pursuant to 11 U.S.C. § 109(g)(1).

DATED: NOV 2 4 2010

_____
CATHERINE E. BAUER
United States Bankruptcy Judge